IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:09CR28 |
|---|---|---|
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| THOMAS LEE ADAMS | ) | |
| THOMAS LEE ADAMS | ) | |

**THIS MATTER** is before the Court on the Government's motion to dismiss the indictment as to the captioned Defendant without prejudice.

For the reasons stated and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED**, and the indictment as to the captioned Defendant is hereby **DISMISSED WITHOUT PREJUDICE.**

Signed: June 18, 2009

Lacy H. Thornburg
United States District Judge